UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANGELA BRUMMEL,<br>    Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP; and DOES 1 through 10, inclusive,<br>    Defendant. | Civil Action No.: 4:12-cv-02864<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT GC SERVICES LIMITED PARTNERSHIP; and DOES 1 through 10, inclusive |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff ANGELA BRUMMEL hereby voluntarily dismisses her claims against Defendants GC SERVICES LIMITED PARTNERSHIP; and DOES 1 through 10, inclusive. Plaintiff ANGELA BRUMMEL, by counsel, and Defendant, GC SERVICES LIMITED PARTNERSHIP, by counsel, hereby stipulate and agree that all of Plaintiff's claims against GC SERVICES LIMITED PARTNERSHIP should be dismissed, without prejudice, with each party to bear its own costs and attorneys' fees.

///

///

1

DATED: December 26, 2012

RESPECTFULLY SUBMITTED,

By: /s/ Peter Cozmyk
Peter Cozmyk, Esq.
(OBN: 0078862)
*Attorney-in-charge*
Cozmyk Law Offices, LLC
6100 Oak Tree Blvd.
Suite 200, Room #209
Independence, OH 44131
pcozmyk@hotmail.com
P: 440-292-7672
*Attorney for Plaintiff,*
*Angela Brummel*

DATED: December 26, 2012

By: /s/ William S. Helfand
William S. Helfand
Attorney-in-Charge
bill.helfand@chamberlainlaw.com
State Bar No. 09388250
Federal ID No. 8791
Kellen R. Scott
kellen.scott@chamberlainlaw.com
State Bar No. 24070579
Federal ID No. 1054528
1200 Smith, Suite 1400
Houston, Texas 77002
Telephone: (713) 658-1818
Telecopier: (713) 658-2553
*ATTORNEYS FOR DEFENDANT*
*GC SERVICES LIMITED*
*PARTNERSHIP*