UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | |
|---|---|
| ANGELA BRUMMEL,<br>Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP; and DOES 1 through 10, inclusive,<br>Defendant. | Civil Action No.: 4:12-cv-02864 |

## ORDER GRANTING STIPULATION OF DISMISSAL

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff ANGELA BRUMMEL against Defendants GC SERVICES LIMITED PARTNERSHIP; and DOES 1 through 10, inclusive, are dismissed, without prejudice. Plaintiff ANGELA BRUMMEL and Defendants GC SERVICES LIMITED PARTNERSHIP. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 12/27/12

_____
District Court Judge
Southern District of Texas